# EXHIBIT A

Warranty Information for UN60D7000VFXZA - Parts : 12 months, Labor : 12 months

**SAMSUNG BRAND LED TV PRODUCTS**

This SAMSUNG brand product, as supplied and distributed by SAMSUNG and delivered new, in the original carton to the original consumer purchaser, is warranted by SAMSUNG against manufacturing defects in materials and workmanship for a limited warranty period of: (90 Days Parts and Labor for Commercial Use)

This limited warranty begins on the original date of purchase, and is valid only on products purchased and used in the United States. To receive warranty service, the purchaser must contact SAMSUNG for problem determination and service procedures. Warranty service can only be performed by a SAMSUNG authorized service center. The original dated bill of sale must be presented upon request as proof of purchase to SAMSUNG or SAMSUNG's authorized service center.

SAMSUNG will repair or replace this product, at our option and at no charge as stipulated herein, with new or reconditioned parts or products if found to be defective during the limited warranty period specified above. All replaced parts and products become the property of SAMSUNG and must be returned to SAMSUNG. Replacement parts and products assume the remaining original warranty, or ninety (90) days, whichever is longer.

Certain products are eligible for In-home service at Samsung's discretion. To receive in-home service, the product must be unobstructed and accessible to service personnel. If during in-home service repair can not be completed, it may be necessary to remove, repair and return the product. If in-home service is unavailable, SAMSUNG may elect, at our option, to provide for transportation of our choice to and from a SAMSUNG authorized service center. Otherwise, and for 37" and smaller LCD/LED TV, transportation to and from the SAMSUNG authorized service center is the responsibility of the purchaser.

This limited warranty covers manufacturing defects in materials and workmanship encountered in normal, and except to the extent otherwise expressly provided for in this statement, noncommercial use of this product, and shall not apply to the following, including, but not limited to: damage which occurs in shipment; delivery and installation; applications and uses for which this product was not intended; altered product or serial numbers; cosmetic damage or exterior finish; accidents, abuse, neglect, fire, water, lightning or other acts of nature; use of products, equipment, systems, utilities, services, parts, supplies, accessories, applications, installations, repairs, external wiring or connectors not supplied or authorized by SAMSUNG which damage this product or result in service problems; incorrect electrical line voltage, Fluctuations and surges; customer adjustments and failure to follow operating instructions, cleaning, maintenance and environmental instructions that are covered and prescribed in the instruction book; reception problems and distortion related to noise, echo, interference or other signal transmission and delivery problems; brightness related to normal aging, or burned-in images. SAMSUNG does not warrant uninterrupted or error-free operation of the product.

THERE ARE NO EXPRESS WARRANTIES OTHER THAN THOSE LISTED AND DESCRIBED ABOVE, AND NO WARRANTIES WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SHALL APPLY AFTER THE EXPRESS WARRANTY PERIODS STATED ABOVE, AND NO OTHER EXPRESS WARRANTY OR GUARANTY GIVEN BY ANY PERSON, FIRM OR CORPORATION WITH RESPECT TO THIS PRODUCT SHALL BE BINDING ON SAMSUNG. SAMSUNG SHALL NOT BE LIABLE FOR LOSS OF REVENUE OR PROFITS, FAILURE TO REALIZE SAVINGS OR OTHER BENEFITS, OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT, REGARDLESS OF THE LEGAL THEORY ON WHICH THE CLAIM IS BASED, AND EVEN IF SAMSUNG HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOR SHALL RECOVERY OF ANY KIND AGAINST SAMSUNG BE GREATER IN AMOUNT THAN THE PURCHASE PRICE OF THE PRODUCT SOLD BY SAMSUNG AND CAUSING THE ALLEGED DAMAGE. WITHOUT LIMITING THE FOREGOING, PURCHASER ASSUMES ALL RISK AND LIABILITY FOR LOSS, DAMAGE OR INJURY TO PURCHASER AND PURCHASER'S PROPERTY AND TO OTHERS AND THEIR PROPERTY

ARISING OUT OF THE USE, MISUSE OR INABILITY TO USE THIS PRODUCT SOLD BY SAMSUNG NOT CAUSED DIRECTLY BY THE NEGLIGENCE OF SAMSUNG. THIS LIMITED WARRANTY SHALL NOT EXTEND TO ANYONE OTHER THAN THE ORIGINAL PURCHASER OF THIS PRODUCT, IS NONTRANSFERABLE AND STATES YOUR EXCLUSIVE REMEDY.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This warranty

gives you specific legal rights, and you may also have other rights which vary from state to state.

**CONTACTING SAMSUNG**

To obtain warranty service for your product, please choose one of the following:

Call Samsung at: **1-800-SAMSUNG (726-7864)**

**or**

Fill out our convenient, **online service request form**

### IMPORTANT WARRANTY INFORMATION REGARDING TELEVISION FORMAT VIEWING

Standard screen format televisions (4:3, the aspect ratio of the screen width to height) are primarily designed to view standard format full-motion video.

The images displayed on them should primarily be in the standard 4:3 ratio format and constantly moving. Displaying stationary graphics and images on screen, such as the dark top and bottom letterbox bars (wide screen pictures), should be limited to no more than 15% of the total television viewing per week.

Wide screen format televisions (16:9, the aspect ratio of the screen width to height) are primarily designed to view wide screen format full-motion video.

The images displayed on them should primarily be in the wide screen 16:9 ratio format, or expanded to fill the screen if your model offers this feature, and constantly moving. Displaying stationary graphics and images on screen, such as the dark side-bars on non-expanded standard format television video and programming, should be limited to no more than 15% of the total television viewing per week.

Additionally, viewing other stationary images and text such as stock market reports, video game displays, station logos, web sites or computer graphics and patterns, should be limited as described above for all televisions. Displaying any stationary images that exceed the above guidelines can cause uneven aging of Display Panels that leave subtle, but permanent burned-in ghost images in the television picture. To avoid this, vary the programming and images, and primarily display full screen moving images, not stationary patterns or dark bars. On television models that offer picture sizing features, use these controls to view the different formats as a full screen picture.

Be careful in the selection and duration of television formats used for viewing. Uneven Display Panels aging as a result of format selection and use, as well as other burned-in images, is not covered by your Samsung limited warranty.

print warranty statement