Samuel M. Lasser (CA Bar No. 252754)
slasser@edelson.com
**EDELSON PC**
1934 Divisadero Street
San Francisco, California 94115
*Tel: 415.994.9930*
Fax: 415.776.8047

*Attorneys for Plaintiff and the Proposed Class*
[Additional attorneys listed on signature page]

**SQUIRE PATTON BOGGS (US) LLP**
Mark C. Dosker (CA Bar No. 114789)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone:   +1 415 954 0200
Facsimile:   +1 415 393 9887
e-mail:   mark.dosker@squirepb.com

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BRAVO, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,<br><br>Defendant. | Case No.   15-cv-00885-JSC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Civil Local Rule 6-1(a) |

**STIPULATION**

Plaintiff Luis Bravo and defendant Samsung Electronics America, Inc. ("SEA") by and through their undersigned counsel, stipulate as follows:

WHEREAS, SEA's deadline to answer or otherwise respond to the Complaint in this action is presently April 3, 2015;

WHEREAS, the parties have agreed that the deadline for SEA to answer or otherwise respond to the Complaint shall be extended by sixty (60) days through and including June 2, 2015;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED that SEA shall have through and including June 2, 2015 to answer or otherwise respond to the Complaint.

Dated April 2, 2015         */s/ Rafey S. Balabanian*
                            Rafey S. Balabanian*

                            Rafey S. Balabanian*
                            rbalabanian@edelson.com
                            Benjamin H. Richman*
                            brichman@edelson.com
                            J. Dominick Larry*
                            nlarry@edelson.com
                            Amir C. Missaghi*
                            amissaghi@edelson.com
                            EDELSON PC
                            350 North LaSalle Street, Suite 1300
                            Chicago, Illinois 60654 Tel:
                            312.589.6370
                            Fax: 312.589.6378

                            Samuel M. Lasser (CA Bar No. 252754*)*
                            slasser@edelson.com
                            EDELSON PC
                            1934 Divisadero Street
                            San Francisco, California 94115
                            Tel: 415.994.9930
                            Fax: 415.776.8047

                            *admitted Pro Hac Vice*

                            *Attorneys for Plaintiff and the Putative Class*

STIPULATION TO EXTEND TIME
CASE NO. 15-CV-00885-JSC

| | | |
|---|---|---|
| 1 | Dated: April 2, 2015 | **SQUIRE PATTON BOGGS (US) LLP** |
| 2 | | |
| 3 | | /s/ Mark C. Dosker |
| | | Mark C. Dosker |
| 4 | | *Attorneys for Defendant* |
| 5 | | *Samsung Electronics America, Inc.* |

STIPULATION TO EXTEND TIME
CASE NO. 15-CV-00885-JSC

1 **ATTESTATION**

2   I hereby attest that I have on file written authorization for any signatures

3 indicated by a "conformed" signature (/s/) in this e-filed document.

4
                 */s/ Mark C. Dosker*

5                  Mark C. Dosker

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME
CASE NO. 15-CV-00885-JSC