Samuel M. Lasser (CA Bar No. 252754)
slasser@edelson.com
**EDELSON PC**
1934 Divisadero Street
San Francisco, California 94115
*Tel: 415.994.9930*
Fax: 415.776.8047

*Attorneys for Plaintiff and the Proposed Class*
[Additional attorneys listed on signature page]

**SQUIRE PATTON BOGGS (US) LLP**
Mark C. Dosker (CA Bar No. 114789)
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone:   +1 415 954 0200
Facsimile:    +1 415 393 9887
e-mail:   mark.dosker@squirepb.com

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BRAVO, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,<br><br>Defendant. | Case No.   15-cv-00885-WHA<br><br>**STIPULATION AND [Proposed] ORDER RESCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE** |

# STIPULATION

Plaintiff Luis Bravo and defendant Samsung Electronics America, Inc. ("SEA") by and through their undersigned counsel, stipulate as follows:

WHEREAS, SEA's deadline to answer or otherwise respond to the Complaint in this action is presently June 25, 2015;

WHEREAS, on June 1, 2015 the Court set the Initial Case Management Conference in this action for June 18, 2015 (ECF 23);

WHEREAS, on June 18, 2015 the undersigned counsel for SEA is required to attend a previously scheduled day-long mediation among numerous parties and counsel, in Southern California before a retired United States District Judge there, in a set of class actions pending in this Court, at which client representatives will be attending from overseas;

WHEREAS, the undersigned counsel for SEA has previously scheduled prepaid family travel on the East Coast on June 23, 2015 through July 15, 2015;

WHEREAS, the parties' respective undersigned counsel agree that the Initial Case Management Conference will be more productive after SEA's response to the Complaint is on file;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED TO AN ORDER OF THE COURT THAT the Initial Case Management in this action shall be rescheduled to July 16, 2015 at 11:00 a.m., and a joint case management conference statement not to exceed ten pages shall be submitted no later than seven days prior to that date.

Dated: June 1, 2015         /s/ Benjamin H. Richman
                            Benjamin H. Richman*

                            Rafey S. Balabanian*
                            rbalabanian@edelson.com
                            Benjamin H. Richman*
                            brichman@edelson.com
                            J.Dominick Larry*

| | |
|---|---|
| 1 | nlarry@edelson.com |
| 2 | Amir C. Missaghi* |
|  | amissaghi@edelson.com |
| 3 | EDELSON PC |
|  | 350 North LaSalle Street, Suite 1300 |
| 4 | Chicago, Illinois 60654 Tel: 312.589.6370 |
| 5 | Fax: 312.589.6378 |

Samuel M. Lasser (CA Bar No. 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

*admitted Pro Hac Vice*

*Attorneys for Plaintiff and the Putative Class*

Dated: June 1, 2015            **SQUIRE PATTON BOGGS (US) LLP**

　　/s/ Mark C. Dosker
Mark C. Dosker

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

1 **ORDER**

2 Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

3

4 Dated:  June __, 2015                                            _____

5                                                                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

>  */s/ Mark C. Dosker*
> Mark C. Dosker

STIPULATION AND PROPOSED ORDER RE INITIAL CMC
CASE NO. 15-CV-00885-WHA
010-8087-7900/1/AMERICAS