UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BRAVO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-00885-WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING**<br><br><< Docket No(s): >> |

　　　　YOU ARE NOTIFIED THAT the Case Management Conference previously set for June 18, 2015 has been rescheduled for **June 17, 2015 at 3:00 P.M.**, before the Honorable William Alsup. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

　　　　Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 3, 2015

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Dawn Toland, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　415-522-2000