IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS BRAVO, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

SAMSUNG ELECTRONICS AMERICA INC., a New York corporation,

    Defendant.

No. C 15-00885 WHA

**ORDER DENYING STIPULATION TO CONTINUE**

The Court is unable to continue to case management conference for four weeks but will permit non-lead counsel to attend the case management conference in Attorney Dosker's place.

**IT IS SO ORDERED.**

Dated: June 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE