Samuel Lasser
samlasser@hotmail.com
Law Office of Samuel Lasser
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
Amir C. Missaghi (Admitted *Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LUIS BRAVO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,<br><br>*Defendant*. | Case No. 3:15-cv-00885-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: February 26, 2015<br><br>Judge: Honorable William H. Alsup |

1  **PLEASE TAKE NOTICE** that Plaintiff Luis Bravo ("Bravo"), by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action *without prejudice* as to his individual claims against Defendant Samsung Electronics America, Inc. ("Samsung") and *without prejudice* as to the claims of the putative class he sought to represent. In support of the instant notice, Bravo states as follows:

   1. Bravo filed his Class Action Complaint against Samsung on February 26, 2015. (Dkt. 1.)

   2. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides, in relevant part, that a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

   3. Samsung has not served an answer or motion for summary judgment in this action.

   4. Accordingly, this action may be dismissed *without prejudice* as to Bravo's individual claims against Samsung and *without prejudice* as to the claims of the putative class Bravo sought to represent, without an Order of the Court.

   5. Pursuant to Civil L.R. 3-3(c), if this action is "refiled, [Bravo will] file a Motion to Consider Whether Cases Should be Related…[and transferred] to the Judge originally assigned to the action…."

Respectfully submitted,

**LUIS BRAVO**, individually and on behalf of all others similarly situated,

Dated: June 10, 2015         By: /s/ Benjamin H. Richman
                                  One of Plaintiff's Attorneys

---

NOTICE OF VOLUNTARY DISMISSAL              1              CASE NO. 3:15-CV-00885-WHA

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
Amir C. Missaghi (Admitted *Pro Hac Vice*)
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel Lasser
samlasser@hotmail.com
Law Office of Samuel Lasser
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047